AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

|  |  | RECEIVED |
|---|---|---|
| FILED | | |
| ENTERED | | SERVED ON |
| | | COUNSEL/PARTIES OF RECORD |

# UNITED STATES DISTRICT COURT

for the

District of Nevada ☑

SEP 18 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY:_____

| | |
|---|---|
| Michael A. Tulipat | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) |
| Sheriff Joseph Lombardo | ) |
| *Defendant/Respondent* | ) |

**2:20-cv-01738-JAD-VCF**

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

0  2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____0.00_ , and my take-home pay or wages are: $ _____0.00 per

*(specify pay period)* _____Unemployed_____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4.  Amount of money that I have in cash or in a checking or savings account:  $ _____ 8,181.37 .

5.  Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
$500 Car

6.  Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
Wife car loan- $17,516.64// Gross Total
Credit Card Loan- $12,457.15/Gross Total
Home Loan- $235,000.00/Gross Total
Car Insurance- $235.00/Month
Child Support- $466.00/Month
Utilites-
Child School-$640/Month

7.  Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:
Luzviminda Tulipat- 5 years old
Lavina- 16 years old- Child support
Larissa- 15 years old- Child support

8.  Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
HOA obligations upkeep

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____09/17/2020_____

_____
*Applicant's signature*

Michael A. Tulipat
*Printed name*

**UNITED STATES DEPARTMENT OF COMMERCE**
Economics and Statistics Administration
**U.S. Census Bureau**
Washington, DC 20233-0001

September 1, 2020

MEMORANDUM FOR      Michael A. Tulipat
                                    Census Field Manager

From:                          Gregg Donahue         **GREGG**    Digitally signed by
                                 Area Manager          **DONAHUE**   GREGG DONAHUE
                                                             Date: 2020.08.27
                                                             17:06:31 -04'00'

Subject:                      Termination-End of Temporary of Appointment

Since 3/16/2020, you have been a member of our 2020 Los Angeles Regional Census Center team that has made great strides in preparation for the 2020 Census. The work you and your co-workers have done has been greatly appreciated by me, and members of our Headquarters staff, as well as our partners.

Effective 9/15/2020, your Excepted Appointment will expire and you will be separated from our rolls. The Benefits and Retirement Counseling Branch, Human Resources Division (HRD), will email information on continuing your benefits.

If you have any annual leave and compensatory time earned in lieu of overtime balances upon separation, then you will receive a lump sum payment. Your sick leave will be held in abeyance and can be restored if you are re-employed in the Federal service in a leave earning position.

You may be eligible for Unemployment Compensation. Eligibility is determined on a case-by-case basis by your State Unemployment Office. Attached is the Form SF-8, Unemployment Compensation for Federal Employees (UCFE) Program Notice to Federal Employee About Unemployment Insurance, to assist you with filing for unemployment compensation. Please only use the enclosed SF-8 to file an unemployment claim.

Please complete the attached Separation Clearance Certificate, CD-126, and return it with all office keys, equipment and materials, ID badge, etc. in the enclosed envelope to the attention of LARCC Administrative Department - Separations. I will be providing you with shipping instructions and labels to return your computer, iPhone and other computer accessories.

Please advise us of any changes in your address so that we may forward any payments that we owe you as well as appropriate correspondence.

I would like to thank you for your commitment and dedication in achieving the goals set for the 2020 Census.

If you have any questions, please contact me at 818-983-6994.

(OVER)

Affix top of FedEx Express® shipping label here.

ORIGIN ID:BLDA  (971) 716-8699
MICHAEL ANDREW TULIPAT

9140 CHAMPNEY AVENUE

LAS VEGAS, NV 89148
UNITED STATES US

SHIP DATE: 17SEP20
ACTWGT: 0.20 LB
CAD: 6995554/SSF02110

BILL CREDIT CARD

TO LLYOD D. THOMPSON
UNITED STATES COURTHOUSE
DISTRICT CLERKS OFFICE
333 LAS VEGAS BLVD. SOUTH
LAS VEGAS NV 89101
(971) 716-8699
INU:                        REF:
PO:                         DEPT:





FedEx
Express

REL#
3785346

TRK# 3969 2667 9352
0201

FRI — 18 SEP 10:30A
PRIORITY OVERNIGHT

96 VGTA

89101
NV-US  LAS

