UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael A. Tulipat,<br><br>    Plaintiff<br><br>v.<br><br>Joseph Lombardo, et al.,<br><br>    Defendants | Case No.: 2:20-cv-01738-JAD-VCF<br><br>**Order Dismissing and Closing Case** |

Michael Tulipat brought this employment-discrimination action, alleging that he suffered employment discrimination and retaliation in the Las Vegas Metropolitan Police Department's (Metro's) hiring process because of his neck tattoo and drug history.[1]  In March of this year, the court dismissed all of Tulipat's claims with leave to amend those against Metro by May 1, 2022. That dismissal order advised Tulipat that if he did "not file an amended complaint by this deadline, this case w[ould] be dismissed and closed without further notice."[2]  Tulipat did not file an amended complaint, seek to extend the deadline to do so, or ask for any other relief whatsoever.  IT IS THEREFORE ORDERED that **this action is dismissed,** and **the Clerk of Court is directed to ENTER JUDGMENT accordingly and CLOSE THIS CASE.  The status hearing scheduled for August 18, 2022,[3] is VACATED as moot.**

_____
U.S. District Judge Jennifer A. Dorsey
August 17, 2022

---

[1] ECF No. 5.
[2] ECF No. 27 at 8.
[3] ECF No. 29.